IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS W. MLNARIK,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SARPY, a Nebraska Political Subdivision;<br><br>        Defendant. | **4:19CV3056**<br><br>**ORDER** |

    IT IS ORDERED that the motion to withdraw filed by Attorney Thomas J. Freeman, as counsel of record for Defendant County of Sarpy, (Filing No. 38), is granted, and Thomas J. Freeman shall no longer receive electronic notice in this case.

    The Clerk shall enter the appearance of Brandy R. Johnson as counsel for Defendant County of Sarpy.

    Dated this 14th day of July, 2020.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge